In the Matter of the Claim of ALFRED GOTTI, Appellant, against ALFRED J. ANTHONY, Doing Business as SUNSHINE ROOFING COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, with ten dollars costs. Cross-motion for leave to appeal to this court on typewritten record granted. Abraham E. Glick, Esq., 505 Fifth avenue, New York city, is assigned to prosecute the proceeding. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of THOMAS HAWKS, Appellant, against RIKER RESTAURANT Assoc., Employer, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to prosecute appeal as a poor person and to dispense with printing of record and briefs and that appeal be heard upon original record and exhibits and typewritten briefs, denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of DONNA INGVALDSEN, Appellant, against ARTHUR JOHNSON and ÆTNA LIFE INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for permission to prosecute appeal on typewritten record granted. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.